SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**NICOLE E. BOCKELMAN, OSB #105934**
Assistant United States Attorney
Nicole.Bockelman@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:  503-727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00319-AN |
| v. | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| **CHRISTOPHER HERMENS,<br>ROBERTO OCHOA-VERGARA, and<br>CARLOS RODNEY,** | |
| **Defendants.** | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegations of the Indictment, the United States is seeking forfeiture of the following property:

   One AMERICAN TACTICAL IMPORTS - ATI OMNI HYBRID PISTOL, multi caliber, SN: NS262008;
   One JIMENEZ ARMS J.A. 380 PISTOL, CAL:380, SN: 402608;
   218 Rounds ASSORTED ammunition;
   159 Rounds ASSORTED ammunition;
   28 Rounds OTHER ammunition;
   6 Rounds OTHER ammunition;
   $4,900.00 U.S. currency;

**Bill of Particulars for Forfeiture of Property**                                                                 PAGE 1

620 Rounds Winchester-Western Ammunition CAL:556;
325 Rounds CCI Ammunition CAL:9;
One Huelga Bird pendant with "NORTE" and "V" "C" engravings, with chain;
One UMAREX SPORTWAFFEN GMBH & CO. KG HK416D Rifle CAL:22 SN: HB043930;
7 Rounds Remington ammunition CAL:22;
One Taurus G2S Pistol CAL:9 SN:ACH147937;
7 Rounds Assorted ammunition CAL:9;
15 Rounds Assorted ammunition;
275 Rounds Assorted ammunition;
One POLYMER80, Inc. (P80 Tactical); Multi Caliber, Model: PFS9;
7 Rounds Assorted Ammunition CAL:9;
One COLT M4 CARBINE Rifle CAL:556 SN: LE172021;
One POLYMER80, Inc. (P80 Tactical); Multi Caliber, Model: PFS9;
One FREEDOM ARMS CO CASULL Revolver CAL:454 SN :D12038;
One HS PRODUKT (IM METAL) XDM Pistol CAL:9 SN: MG755024;
One BERETTA USA CORP PICO Pistol CAL:380 SN: PC007353;
One Smith & Wesson K-22 Revolver CAL:22 SN: BBM5544;
One HOPKINS AND ALLEN XL Revolver CAL:22, SN: None;
One STANDARD MANUFACTURING COMPANY, LLC DP-12 Shotgun CAL:12 SN: DP18181;
One WALTHER COLT M4 CARBINE Rifle CAL:22 SN: WJ008095;
One MAVERICK ARMS (EAGLE PASS, TX) 88 Shotgun CAL:12 SN: MV54611E;
One REMINGTON ARMS COMPANY, INC 12 Rifle CAL:22 SN: 733285;
One TAURUS ROSSI R92RH RANCHAND Pistol CAL:44 SN: M172228;
One J. Stevens Arms Company Springfield Meteor Rifle CAL:22, SN: None;
One MOSSBERG MVP Rifle CAL:556 SN: MVP011581;
One ARMALITE AR50A1 Rifle CAL:50 BMG SN: US374078;
One WEATHERBY VANGUARD Rifle CAL:300 SN: VB038364; and
1500 Rounds Assorted Ammunition.

DATED: October 28, 2025.                    Respectfully submitted,

                                                  SCOTT E. BRADFORD
                                                United States Attorney

                                                */s/ Nicole Bockelman*
                                                NICOLE E. BOCKELMAN, OSB #105934
                                                Assistant United States Attorney